# 24-982-cv

## United States Court of Appeals
### for the
## Second Circuit



Cavalier D. Knight

*Plaintiff-Appellant,*

-v-

CITY OF NEW YORK, and EDWARD A. CABAN, as the Statutorily Designated Handgun Licensing Officer and the POLICE COMMISSIONER OF THE CITY OF NEW YORK, and his successors in office,

*Defendants-Appellees*

───────────────────────────────

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**APPENDIX OF APPELLANT: VOL I**

Cavalier D. Knight, *Pro Se*
511 W 165th St Ste 627
New York, NY 10032-0634
T: +1 (646) 580-7801
E: info@cavalierknight.com

## TABLE OF CONTENTS

**(1)** District Court Docket Sheet..........................................................1

**(2)** Order - Judgement..........................................................................8

**(3)** Notice of Appeal...........................................................................12

**(4)** Certificate of Service....................................................................13

CLOSED,APPEAL,CASREF,ECF,PRO–SE,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:22–cv–10755–VEC–VF

Knight v. City of New York  
Assigned to: Judge Valerie E. Caproni  
Referred to: Magistrate Judge Valerie Figueredo  
Related Case: 1:22–cv–03215–VEC–VF  
Cause: 28:1331 Fed. Question  

Date Filed: 12/20/2022  
Date Terminated: 03/13/2024  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Cavalier D. Knight**     represented by **Cavalier D. Knight**  
511 W 165th St  
Ste # 627  
New York, NY 10032  
646–580–7801  
Email: info@cavalierknight.com  
PRO SE  

V.

**Defendant**

**City of New York**     represented by **Nicholas Robert Ciappetta**  
New York City Law Department  
Administrative Law and Regulatory  
Litigation Division  
100 Church Street  
New York, NY 10003  
212–256–4036  
Email: nciappet@law.nyc.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Edward Caban**     represented by **Nicholas Robert Ciappetta**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2022 | 1 | COMPLAINT against City of New York. Document filed by Cavalier D. Knight. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20).(rdz) (Entered: 12/21/2022) |
| 12/20/2022 |  | Case Designated ECF. (rdz) (Entered: 12/21/2022) |
| 12/20/2022 | 2 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Cavalier D. Knight consents to receive electronic service via the ECF system. Document filed by Cavalier D. Knight..(rdz) (Entered: 12/21/2022) |
| 12/20/2022 | 3 | UNSIGNED ORDER TO SHOW CAUSE for Preliminary Injunction and Temporary Restraining ORDER filed by Cavalier D. Knight..(rdz) (Entered: 12/21/2022) |
| 12/20/2022 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Hon. Sylvia O. Hinds–Radix, re: 1 Complaint,. Document filed by Cavalier D. Knight..(rdz) (Entered: 12/21/2022) |

| | | |
|---|---|---|
| 12/20/2022 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Keechant L. Sewell, re: 1 Complaint,. Document filed by Cavalier D. Knight..(rdz) (Entered: 12/21/2022) |
| 12/20/2022 | 6 | MOTION for Permission for Cavalier D. Knight to participate in electronic case filing in this case. Document filed by Cavalier D. Knight..(rdz) (Entered: 12/21/2022) |
| 12/20/2022 | 7 | AFFIDAVIT in Support re: 3 Order to Show Cause – Unsigned. Document filed by Cavalier D. Knight..(rdz) (Entered: 12/21/2022) |
| 12/21/2022 | | Pro Se Payment of Fee Processed: $402.00 Credit Card processed by the Finance Department on 12/21/2022, Receipt Number 10163. (stt) (Entered: 12/21/2022) |
| 12/27/2022 | 8 | PROPOSED EMERGENCY TEMPORARY RESTRAINING ORDER(TRO)–PRELIMINARY OR PERMANENT INJUNCTION. Document filed by Cavalier D. Knight. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6) (sc) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/27/2022) |
| 01/12/2023 | | CASE ACCEPTED AS RELATED. Create association to 1:22–cv–03215–VEC–VF. Notice of Assignment to follow. (vba) (Entered: 01/12/2023) |
| 01/12/2023 | | NOTICE OF CASE REASSIGNMENT to Judge Valerie E. Caproni. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 01/12/2023) |
| 01/12/2023 | | Magistrate Judge Valerie Figueredo is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vba) (Entered: 01/12/2023) |
| 01/17/2023 | 9 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Dispositive Motion (i.e., motion requiring a Report and Recommendation). Referred to Magistrate Judge Valerie Figueredo. (Signed by Judge Valerie E. Caproni on 1/17/2023) (tg) (Entered: 01/17/2023) |
| 01/18/2023 | 10 | ORDER OF SERVICE: Plaintiff, who is proceeding pro se, paid the filing fees to commence this action. The Clerk of Court is directed to issue summonses as to Defendants City of New York and Commissioner Keechant Sewell. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 1/18/2023) (ama) (Entered: 01/18/2023) |
| 01/19/2023 | 11 | SUMMONS ISSUED as to City of New York, Commissioner Keechant Sewell. (sha) (Entered: 01/19/2023) |
| 01/19/2023 | 12 | INFORMATION PACKAGE MAILED to Cavalier D. Knight, at 511 W 165th St Ste # 627, New York, NY 10032, on 1/19/2023 Re: 10 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse (only in non prisoner cases), a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases), one or more summonses (only if you have paid the fee in person or if the judge has ordered that a summons be issued to you) – 2 Summons(es) mailed. (sha) (Entered: 01/19/2023) |
| 01/19/2023 | 13 | ORDER granting 6 Motion for Permission for Electronic Case Filing. On January 17, 2023, this case was referred to me for general pretrial supervision and to report and |

| | | recommend on dispositive motions. Plaintiff's request to participate in e–filing [ECF No. 6, Motion for Permission for Electronic Case Filing] is hereby GRANTED. The Clerk of Court is directed to ensure that Plaintiff has access to e–filing in this case and receives ECF notifications at the e–mail on file. The Clerk of Court is further directed to close out ECF No. 6. Plaintiff should note that the Court will no longer mail copies of orders.. (Signed by Magistrate Judge Valerie Figueredo on 1/19/2023) (rro) (Entered: 01/19/2023) |
|---|---|---|
| 02/03/2023 | 14 | LETTER from Cavalier Knight dated 2/3/23 re: "PROOF OF SERVICE RECEIPT" –This email confirms receipt of email and constitutes proof of service at the Office of Corporation Counsel for the City of New York. Document filed by Cavalier D. Knight.(sc) (Entered: 02/06/2023) |
| 02/07/2023 | 15 | LETTER from Cavalier Knight, dated 2/6/23 re: "PROOF OF SERVICE RECEIPT" – This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York. Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service. Document filed by Cavalier D. Knight.(sc) (Entered: 02/07/2023) |
| 02/16/2023 | 16 | NOTICE OF APPEARANCE by Nicholas Robert Ciappetta on behalf of City of New York, Keechant Sewell..(Ciappetta, Nicholas) (Entered: 02/16/2023) |
| 02/16/2023 | 17 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, addressed to Magistrate Judge Valerie Figueredo from Nicholas R. Ciappetta dated February 16, 2023. Document filed by City of New York, Keechant Sewell..(Ciappetta, Nicholas) (Entered: 02/16/2023) |
| 02/16/2023 | 18 | SECOND LETTER addressed to Magistrate Judge Valerie Figueredo from Cavalier D. Knight dated 02/16/2023 re: Letter No. 02 – Denial of Consent. Document filed by Cavalier D. Knight..(Knight, Cavalier) (Entered: 02/16/2023) |
| 02/17/2023 | 19 | ORDER granting 17 Letter Motion for Extension of Time to Answer re 17 LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, addressed to Magistrate Judge Valerie Figueredo from Nicholas R. Ciappetta dated February 16, 2023., 1 Complaint. Defendants' deadline to answer or otherwise respond to the Complaint is extended to March 24, 2023. The Clerk of Court is directed to terminate the motion at ECF No. 17. SO ORDERED. City of New York answer due 3/24/2023; Keechant Sewell answer due 3/24/2023. (Signed by Magistrate Judge Valerie Figueredo on 2/17/2023) (rro) (Entered: 02/17/2023) |
| 02/17/2023 | 20 | ORDER SCHEDULING CONFERENCE: A conference is hereby scheduled for Thursday, March 16, 2023 at 10:00 a.m. to address Plaintiff's pending TRO application (ECF No. 8). Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808–6929; access code 9781335. Telephone Conference set for 3/16/2023 at 10:00 AM before Magistrate Judge Valerie Figueredo. (Signed by Magistrate Judge Valerie Figueredo on 2/17/2023) (rro) (Entered: 02/17/2023) |
| 03/16/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Telephone Conference held on 3/16/2023. (sjo) (Entered: 03/16/2023) |
| 03/16/2023 | 21 | ORDER: As stated at the telephonic conference held before the Court on March 16, 2023, Defendants' deadline to answer or otherwise respond to the complaint is hereby extended to Friday, April 7, 2023. SO ORDERED. City of New York answer due 4/7/2023; Keechant Sewell answer due 4/7/2023. (Signed by Magistrate Judge Valerie Figueredo on 3/16/2023) (tg) (Entered: 03/16/2023) |
| 04/07/2023 | 22 | MOTION to Dismiss *Complaint*. Document filed by City of New York, Keechant Sewell. Responses due by 4/21/2023.(Ciappetta, Nicholas) (Entered: 04/07/2023) |
| 04/07/2023 | 23 | DECLARATION of Nicholas R. Ciappetta in Support re: 22 MOTION to Dismiss *Complaint*.. Document filed by City of New York, Keechant Sewell. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Ciappetta, Nicholas) (Entered: 04/07/2023) |
| 04/07/2023 | 24 | MEMORANDUM OF LAW in Support re: 22 MOTION to Dismiss *Complaint*. . Document filed by City of New York, Keechant Sewell..(Ciappetta, Nicholas) (Entered: 04/07/2023) |

| | | |
|---|---|---|
| 04/20/2023 | 25 | TRANSCRIPT of Proceedings re: Conference held on 3/16/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Marissa Mignano, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/11/2023. Redacted Transcript Deadline set for 5/22/2023. Release of Transcript Restriction set for 7/19/2023. (nmo) (Entered: 04/20/2023) |
| 04/20/2023 | 26 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 03/16/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (nmo) (Entered: 04/20/2023) |
| 04/21/2023 | 27 | FIRST LETTER MOTION for Leave to File Letter Motion 01 − Opposition to Motion to Dismiss *Opposition to Motion to Dismiss* addressed to Magistrate Judge Valerie Figueredo from Cavalier D. Knight dated 04/21/2023. Document filed by Cavalier D. Knight. (Attachments: # 1 Exhibit Title 38 − RCNY § 5−25 (d)(4)(i), # 2 Exhibit Murdock v. Pennsylvania, 319 U.S. 105 (1943), # 3 Exhibit Matter of O'Connor v. Scarpino, 83 N.Y.2d 919 (N.Y. 1994), # 4 Exhibit PPB−5 − Pistol License Amendment, # 5 Exhibit Chwick v. Mulvey, (2010) NY Slip Op 09911, # 6 Exhibit Adopting Local Laws in New York State, # 7 Exhibit Semlear v. Inc. Vill. of Quogue, 127 A.D.3d 1062 (N.Y. App. Div. 2015), # 8 Exhibit Permitless Carry States, # 9 Exhibit District of Columbia et al. v. Heller, 554 U.S. 570 (2008), # 10 Exhibit 2021 National Firearms Survey, # 11 Exhibit Reilly v. City of Harrisburg, 858 F.3d 173 (3d Cir. 2017), # 12 Exhibit Pucket v. Hot Springs School, 526 F.3d 1151 (8th Cir. 2008), # 13 Exhibit NYSRPA, Inc. v. Bruen, U.S. No. 20−843 (2022)).(Knight, Cavalier) (Entered: 04/21/2023) |
| 04/28/2023 | 28 | REPLY MEMORANDUM OF LAW in Support re: 22 MOTION to Dismiss *Complaint*. . Document filed by City of New York, Keechant Sewell..(Ciappetta, Nicholas) (Entered: 04/28/2023) |
| 10/25/2023 | 29 | ORDER: An in−person conference in this matter is hereby scheduled for Thursday, November 9, 2023, at 1:00 p.m. in Courtroom 17−A, United States Courthouse, 500 Pearl Street, New York, New York. During the conference, the Court intends to discuss Plaintiff's fifth cause of action. ECF No. 1, Paragraphs 52−55. Specifically, the Court wishes to confer on Plaintiff's argument that 38 RCNY § 5−25(d)(4)(i)'s limit to two handguns under a state Carry License violates the Second Amendment. Id. Paragraphs 54−55. SO ORDERED. ( Status Conference set for 11/9/2023 at 01:00 PM in Courtroom 17A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Valerie Figueredo.) (Signed by Magistrate Judge Valerie Figueredo on 10/25/2023) (vfr) (Entered: 10/25/2023) |
| 10/25/2023 | 30 | SECOND LETTER MOTION for Leave to File Precedent Decision *Srour v. New York City, New York, et al. (1:22−cv−00003)* addressed to Magistrate Judge Valerie Figueredo from Cavalier D. Knight dated 10/25/2023. Document filed by Cavalier D. Knight. (Attachments: # 1 Exhibit Srour v. New York City, New York, et al. (1:22−cv−00003)).(Knight, Cavalier) (Entered: 10/25/2023) |
| 10/26/2023 | 31 | ORDER terminating 30 Letter Motion for Leave to File Document. The Court is aware of the Srour decision and will take it into account in ruling on the City's motion to dismiss. It is not necessary for Plaintiff to file a copy on the docket. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 30. (Signed by Magistrate Judge Valerie Figueredo on 10/26/2023) (ate) (Entered: 10/26/2023) |
| 11/09/2023 | | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: In Chambers Conference held on 11/9/2023. (sjo) (Entered: 11/09/2023) |
| 11/09/2023 | 32 | REPORT AND RECOMMENDATION: For the reasons set forth above, I recommend that Knight's motion for a TRO and preliminary injunction be DENIED. SO ORDERED. Objections to R&R due by 11/24/2023 (Signed by Magistrate Judge Valerie Figueredo on 11/9/2023) (tg) (Entered: 11/09/2023) |

| | | |
|---|---|---|
| 11/09/2023 | 33 | THIRD LETTER MOTION for Leave to File Persuasive Argument *LM 03 – Knight v. City of New York, et al* addressed to Magistrate Judge Valerie Figueredo from Cavalier D. Knight dated 11/09/2023. Document filed by Cavalier D. Knight. (Attachments: # 1 Exhibit USA v. Rahimi, No. 22–915 (5th Cir. 2023)).(Knight, Cavalier) (Entered: 11/09/2023) |
| 11/10/2023 | 34 | FOURTH LETTER MOTION for Leave to File LM 04 – Knight v. City of New York, et al *NYPD License Division Corruption* addressed to Magistrate Judge Valerie Figueredo from Cavalier D. Knight dated 11/10/2023. Document filed by Cavalier D. Knight. (Attachments: # 1 Exhibit NYPD License Division Corruption).(Knight, Cavalier) (Entered: 11/10/2023) |
| 11/13/2023 | 35 | THIRD LETTER addressed to Magistrate Judge Valerie Figueredo from Cavalier D. Knight dated 11/13/2023 re: Bruen: Text, History & Tradition. Document filed by Cavalier D. Knight. (Attachments: # 1 Exhibit NYPD Purchase Authorization Request).(Knight, Cavalier) (Entered: 11/13/2023) |
| 11/13/2023 | 36 | LETTER addressed to Magistrate Judge Valerie Figueredo from Nicholas Ciappetta dated November 13, 2023 re: Follow–Up Letter Regarding November 9, 2023 Court Conference. Document filed by City of New York, Keechant Sewell..(Ciappetta, Nicholas) (Entered: 11/13/2023) |
| 11/13/2023 | 37 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/9/2023 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Adrienne Mignano, 92120 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/4/2023. Redacted Transcript Deadline set for 12/14/2023. Release of Transcript Restriction set for 2/12/2024. (js) (Entered: 11/13/2023) |
| 11/13/2023 | 38 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 11/9/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 11/13/2023) |
| 11/13/2023 | 39 | ORDER terminating 33 Letter Motion for Leave to File Document; terminating 34 Letter Motion for Leave to File Document. The Clerk of Court is directed to terminate the motions at ECF Nos. 33 and 34. Defendants' motion to dismiss is fully briefed and the Court will issue a decision on the motion. If the Court requires further information from the parties, the Court will schedule another oral argument. SO ORDERED. (Signed by Magistrate Judge Valerie Figueredo on 11/13/2023) (vfr) (Entered: 11/13/2023) |
| 11/20/2023 | 40 | REPORT AND RECOMMENDATION re: 22 MOTION to Dismiss *Complaint*. filed by Keechant Sewell, City of New York, 27 FIRST LETTER MOTION for Leave to File Letter Motion 01 – Opposition to Motion to Dismiss *Opposition to Motion to Dismiss* addressed to Magistrate Judge Valerie Figueredo from Cavalier D. Knight dated 04/21/2023. filed by Cavalier D. Knight. For the reasons set forth above, I recommend that Defendants' motion to dismiss be GRANTED. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 22 and 27. Objections to R&R due by 12/4/2023 (Signed by Magistrate Judge Valerie Figueredo on 11/20/2023) (rro) (Entered: 11/20/2023) |
| 11/20/2023 | 41 | FOURTH LETTER addressed to Magistrate Judge Valerie Figueredo from Cavalier D. Knight dated 11/20/2023 re: Extension of Time. Document filed by Cavalier D. Knight..(Knight, Cavalier) (Entered: 11/20/2023) |
| 11/20/2023 | 42 | MEMO ENDORSEMENT on re: 41 Letter filed by Cavalier D. Knight ENDORSEMENT: A request for an extension of time to file objections must be directed to Judge Caproni rather than Judge Figueredo. Plaintiff is directed to re–file this letter and address it to Judge Caproni. SO ORDERED (Signed by Magistrate Judge Valerie Figueredo on 11/20/2023) (ks) (Entered: 11/20/2023) |

| | | |
|---|---|---|
| 11/20/2023 | 43 | FOURTH LETTER addressed to Judge Valerie E. Caproni from Cavalier D. Knight dated 11/20/2023 re: Report and Recommendation (Response). Document filed by Cavalier D. Knight..(Knight, Cavalier) (Entered: 11/20/2023) |
| 11/21/2023 | 44 | MEMO ENDORSEMENT on re: 43 Letter filed by Cavalier D. Knight. ENDORSEMENT: Application GRANTED. The deadline for the parties to file objections to the Report and Recommendation at Dkt. 40 is extended from Monday, December 4, 2023 to SO ORDERED. ( Objections to R&R due by 12/18/2023) (Signed by Judge Valerie E. Caproni on 11/21/2023) (tg) (Entered: 11/21/2023) |
| 11/29/2023 | 45 | ORDER ADOPTING REPORT & RECOMMENDATION: for 32 Report and Recommendation. IT IS HEREBY ORDERED that the R&R is adopted in full, and Plaintiff's motion for a TRO and preliminary injunction is DENIED. Because the R&R gave the parties adequate warning, see R&R at 4, the failure to file any objections to the R&R precludes appellate review of this decision. See Mario v. P & C Food Mkts., Inc., 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). Because appellate review is precluded, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and, therefore, permission to proceed in forma pauperis for purposes of appeal is denied. Coppedge v. United States, 369 U.S. 438, 444–45 (1962). IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to change the caption of the case as indicated above, mail a copy of this Order to the pro se Plaintiff, and to note the mailing on the docket. SO ORDERED. (Signed by Judge Valerie E. Caproni on 11/29/2023) (ama) Modified on 11/30/2023 (tro). (Entered: 11/29/2023) |
| 11/30/2023 | | ***DELETED ENTRY. Deleted Transmission to Orders and Judgments Clerk. Transmitted re: 45 Order Adopting Report and Recommendation, to the Orders and Judgments Clerk. The entry was incorrectly filed in this case. (tro) (Entered: 11/30/2023) |
| 12/01/2023 | | Mailed a copy of 45 Order Adopting Report and Recommendations, to Cavalier D. Knight at 511 W 165th St # 627, New York, NY 10032–0634. (sha) (Entered: 12/01/2023) |
| 12/18/2023 | 46 | FIFTH LETTER addressed to Judge Valerie E. Caproni from Cavalier D. Knight dated 12/18/2023 re: Objection to 40 Report & Recommendation. Document filed by Cavalier D. Knight. (Attachments: # 1 Exhibit NYSRPA Inc. v. Bruen U.S. No. 20–843 (2022), # 2 Exhibit Kimble v. Marvel Entertainment, LLC 576 U.S. 446 (2015), # 3 Exhibit Report and Recommendation, # 4 Exhibit Murdock v. Pennsylvania, 319 U.S. 105 (1943), # 5 Exhibit District of Columbia et al. v. Heller 554 U.S. 570 (2008), # 6 Exhibit NYPD License and Permit Types, # 7 Exhibit Transcript of 11.09.2023 Court Conference, # 8 Exhibit § 5–25 Handgun Purchase Authorizations, # 9 Exhibit Maryland Shall Issue Inc. v. Moore No. 21–2017 (2023), # 10 Exhibit Title 38 – R.C.N.Y, # 11 Exhibit Gibbons v. Ogden, 22 U.S. 1 (1824), # 12 Exhibit Shuttlesworth v. Birmingham, 394 U.S. 147 (1969), # 13 Exhibit Koons v. Platkin, No. 22–7464 (2023), # 14 Exhibit Srour v. New York City, et al, # 15 Exhibit Schneider v. State, 308 U.S. 147 (1939), # 16 Exhibit U.S. v. NYPD – Conspiracy Against Rights).(Knight, Cavalier) (Entered: 12/18/2023) |
| 01/02/2024 | 47 | MEMORANDUM OF LAW re: 46 Letter,,,, *Defendants' Response to Plaintiff's Objections to the Report and Recommendation Regarding Defendants' Motion to Dismiss*. Document filed by Edward Caban, City of New York..(Ciappetta, Nicholas) (Entered: 01/02/2024) |
| 03/12/2024 | 48 | ORDER ADOPTING REPORT AND RECOMMENDATION for 40 Report and Recommendations,, 22 Motion to Dismiss filed by Edward Caban, City of New York. IT IS HEREBY ORDERED that the R&R at docket entry 40 is adopted in full, Defendants' motion to dismiss is GRANTED, and Mr. Knight's claims under the Fifth and Fourteenth Amendments are DISMISSED and his claims under the Second Amendment, under Section 4, and regarding pre–emption are DISMISSED with prejudice. The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 22 and to close the case. SO ORDERED. (Signed by Judge Valerie E. Caproni on 3/12/2024) (tg) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/13/2024) |

| | | |
|---|---|---|
| 03/13/2024 | 49 | CLERK'S JUDGMENT re: 48 Order Adopting Report and Recommendations in favor of City of New York, Edward Caban against Cavalier D. Knight. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated March 12, 2024, the R&R at docket entry 40 is adopted in full, Defendants' motion to dismiss is GRANTED, and Mr. Knight's claims under the Fifth and Fourteenth Amendments are DISMISSED and his claims under the Second Amendment, under Section 4, and regarding pre–emption are DISMISSED with prejudice; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 3/13/2024) (Attachments: # 1 Appeal Package) (km) (Entered: 03/13/2024) |
| 03/13/2024 | | Terminate Transcript Deadlines (km) (Entered: 03/13/2024) |
| 04/10/2024 | 50 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL** – FIRST NOTICE OF APPEAL. Document filed by Cavalier D. Knight. Filing fee $ 605.00. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Knight, Cavalier) Modified on 4/10/2024 (km). (Entered: 04/10/2024) |
| 04/10/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Cavalier Knight to RE–FILE Document No. 50 Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Bypass the payment screen when refiling since it was already paid. (km)** (Entered: 04/10/2024) |
| 04/10/2024 | 51 | SECOND NOTICE OF APPEAL from 48 Order Adopting Report and Recommendations,,. Document filed by Cavalier D. Knight. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Knight, Cavalier) (Entered: 04/10/2024) |
| 04/10/2024 | | Appeal Fee Due: for 51 Notice of Appeal by Cavalier D Knight.$605.00 Appeal fee due by 4/24/2024..(nd) (Entered: 04/11/2024) |
| 04/11/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 51 Notice of Appeal..(nd) (Entered: 04/11/2024) |
| 04/11/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 51 Notice of Appeal filed by Cavalier D. Knight were transmitted to the U.S. Court of Appeals..(nd) (Entered: 04/11/2024) |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CAVALIER D. KNIGHT,                             :
                                                :
                    Plaintiff,                  :
                                                :       22-CV-10755 (VEC)
        -against-                               :
                                                :
                                                :       ORDER ADOPTING
                                                :       REPORT AND
CITY OF NEW YORK; EDWARD CABAN,                 :       RECOMMENDATION
                                                :
                    Defendants.                 :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 20, 2022, Cavalier D. Knight, proceeding pro se, sued New York City and the Police Commissioner challenging a rule issued by the New York City Police Department, 38 RCNY § 25(d)(4)(i) (the "NYPD Rule"), that limits to two the number of handguns that can appear on a carry handgun license, Compl. at 1;

WHEREAS Knight alleged that the NYPD Rule violates his rights under the Fifth, Fourteenth, and Second Amendments, and NY Civil Rights Law § 4 ("Section 4") and is preempted by New York Penal Law § 400.00, *id.* ¶¶ 23, 27, 34, 37–38, 53–54;

WHEREAS on January 17, 2023, the Court referred this matter to Magistrate Judge Figueredo for the preparation of a report and recommendation ("R&R") on any dispositive motions, *see* Order, Dkt. 9;

WHEREAS on April 7, 2023, Defendants moved to dismiss the Complaint for lack of standing and failure to state a claim (the "Motion"), *see* Mot., Dkts. 22–24;

WHEREAS on November 20, 2023, Judge Figueredo filed an R&R recommending that the Court grant the motion in full and dismiss Mr. Knight's claims, *see* R&R, Dkt. 40;

WHEREAS the R&R recommended dismissing the Complaint (a) as to the Fifth and Fourteenth amendment claims for lack of standing because the claims are premised on the possibility that the police might some day confiscate Plaintiff's handguns, (b) as to the claims under the Second Amendment and Section 4 because the NYPD Rule does not infringe on the core conduct protected by federal and state law, and (c) as to the preemption claim because the New York Penal Law § 400.00 contains a clear statement that it was not meant to impair the enactment or application of local law, *id.* at 5–14;

WHEREAS the R&R did not consider Mr. Knight's arguments regarding the Privileges and Immunities Clause because that claim does not appear in the Complaint and was raised for the first time in his opposition to Defendant's Motion, *id.* at 14;

WHEREAS Judge Figueredo notified the parties that, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), they had fourteen days from the filing of the R&R to object, *id.* at 15:

WHEREAS after seeking and receiving an extension of his time to object, *see* Dkts. 43, 44, Mr. Knight objected to the R&R on December 18, 2023, Dkt. 46;

WHEREAS on January 2, 2024, Defendants responded to Plaintiff's objection and asked the Court to adopt the R&R in full, *see* Dkt. 47;

WHEREAS in reviewing an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1)(C);

WHEREAS when specific objections are made to the R&R, "[t]he district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to," Fed. R. Civ. P. 72(b)(3); *United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997);

WHEREAS where objections are "merely perfunctory responses argued in an attempt to . . . rehash[] the same arguments set forth in the original papers," a "district court need only find that there is no clear error on the face of the record in order to accept the Report and Recommendation," *Phillips v. Reed Grp., Ltd.*, 955 F. Supp. 2d 201, 211 (S.D.N.Y. 2013) (cleaned up);

WHEREAS Mr. Knight's objection discusses the Second Amendment broadly but is largely unrelated to Judge Figueredo's conclusions, *see* Dkt. 46 at 1 (quoting large portions of the Supreme Court's opinion in *NY State Rifle & Pistol Ass'n Inc. v. Bruen*, 597 U.S. 1 (2022), without explaining how the R&R misapplies that precedent), and the portions of Mr. Knight's objections that are comprehensible and related to the R&R are both conclusory and duplicative of past arguments, *see id.* at 19 ("This R&R reinforces decades of systemic violations of the 2nd Amendment right to publicly carry handguns for self-defense by the NYPD.");

WHEREAS because Mr. Knight's objections are perfunctory and not substantive, the Court may accept the R&R if there is no clear error on the face of the record;

WHEREAS an error is clear when it leaves the reviewing court with a "definite and firm conviction that a mistake has been committed," *Cosme v. Henderson*, 287 F.3d 152, 158 (2d Cir. 2002) (quoting *McAllister v. United States*, 348 U.S. 19, 20 (1954)); and

WHEREAS careful review of the R&R reveals that there is no clear error.

IT IS HEREBY ORDERED that the R&R at docket entry 40 is adopted in full, Defendants' motion to dismiss is GRANTED, and Mr. Knight's claims under the Fifth and

Fourteenth Amendments are DISMISSED and his claims under the Second Amendment, under Section 4, and regarding pre-emption are DISMISSED with prejudice.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 22 and to close the case.

**SO ORDERED.**

Date: **March 12, 2024**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

4

11

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (     )(     )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: _____

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☐ order   entered on: _____

(date that judgment or order was entered on docket)

that:

_____

(If the appeal is from an order, provide a brief description above of the decision in the order.)

_____        _____
Dated                           Signature* [signed: Cavalier D. Knight]

_____
Name (Last, First, MI)

_____
Address       City       State       Zip Code

_____
Telephone Number              E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

12

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**CERTIFICATE OF SERVICE**\*

v.

Docket Number: _____

I, _____, hereby certify under penalty of perjury that
    (print name)

on _____, I served a copy of _____
     (date)

_____
(list all documents)

by (select all applicable)**

___ Personal Delivery      ___ United States Mail       ___ Federal Express or other
                                                            Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)  **ACMS**

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_____                _____
    Today's Date                              Signature

Certificate of Service Form (Last Revised 12/2015)

**13**